UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANITA MARIE KAPUSTIK, | |
| Plaintiff, | CASE NO. C18-1590-MAT |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. | |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(1)     The Clerk is directed to send a copy of this Order to *pro se* plaintiff; and

(2)     The Clerk is directed to send to plaintiff a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 2nd day of November, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS
PAGE - 1